# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Jvon Stapleton,

    Petitioner,                       Case No. 2:22-cv-501

    v.                                 Judge Michael H. Watson

Warden, Ross Correctional          Magistrate Judge Jolson
Institution,

    Respondent.

## ORDER

On June 8, 2023, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending the Court deny with prejudice Petitioner's habeas petition, decline to issue a certificate of appealability, and certify that any appeal would not be taken in good faith. ECF No. 9. The R&R notified Petitioner of his right to object to the conclusions therein and warned Petitioner that a failure to timely object could forfeit rights on appeal. *Id.*

Petitioner failed to timely object. Accordingly, the Court **ADOPTS** the R&R, **DENIES WITH PREJUDICE** Petitioner's habeas; **DECLINES** to issue a certificate of appealability, and **CERTIFIES** that any appeal would not be taken in good faith.

The Clerk shall enter judgment for Defendant and terminate this case.

**IT IS SO ORDERED.**

                                                 **MICHAEL H. WATSON, JUDGE**
                                                 **UNITED STATES DISTRICT COURT**